UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STEVEN WRIGHT, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00003-JDP<br><br>ORDER ON SOCIAL SECURITY APPEAL |

This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Acting Commissioner of the Social Security Administration regarding his application for a period of disability and Social Security Disability Insurance Benefits. At a hearing on April 9, 2019, the court heard argument from the parties. Having reviewed the record, administrative transcript, briefs of the parties, and applicable law, and having considered arguments made at the hearing, we find that the ALJ's decision is supported by substantial evidence in the record and is based on proper legal standards. For the reasons stated on the record at oral argument, we deny claimant's appeal from the administrative decision of the Commissioner of Social Security. The clerk of court is directed to enter judgment in favor of defendant Nancy A. Berryhill, the Acting Commissioner of Social Security, and against claimant George Steven Wright, Jr. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:     April 12, 2019                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

No. 200.